ORIGINAL

BY FAX

JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
EDWARD S. MIYAUCHI (SBN 230553)
edward@marshallsuzuki.com
TOKIKO YASUDA (SBN 257128)
tokiko@marshallsuzuki.com
ANDREW BARTLETT (SBN 305565)
andrew.bartlett@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorneys for Shogakukan Inc.

FILED
MAR 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 19 80 085 MISC JCS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to<br>Cloudflare, Inc. | Case No:<br><br>**DECLARATION OF HIROYUKI NAKAJIMA** |

I, Hiroyuki Nakajima, declare and testify as follows:

1. I am an attorney duly licensed to practice law in Japan. I represent Shogakukan Inc., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. Shogakukan Inc. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

1       I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.
3
4 Executed on _____March 29_____, 2019.
5
6                                     _Hiroyuki Nakajima_
7                                     Hiroyuki Nakajima
                                      Attorney for Shogakukan Inc.

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３－３３５３－３５２１
FAX ＋８１－３－３３５６－９２２８
MAIL nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

March 25, 2019

**Via Email**

Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

   RE: ***NOTIFICATION OF COPYRIGHT INFRINGEMENT***
      **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

  I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to Shogakukan's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://lhscan.net/, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from https://lhscan.net/, and/or any of your system

Cloudflare, Inc.
March 25, 2019
Page 2 of 3

or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

                   Very truly yours,

                   Hiroyuki Nakajima
                   Attorney at Law

*[signature: Hiroyki Nakajima]*

Cloudflare, Inc.
March 25, 2019
Page 3 of 3

Exhibit A.

| # | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-492.html | Yamikin Ushijima-kun - Raw Chapter 492 |
| 2 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-491.html | Yamikin Ushijima-kun - Raw Chapter 491 |
| 3 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-490.html | Yamikin Ushijima-kun - Raw Chapter 490 |
| 4 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-489.html | Yamikin Ushijima-kun - Raw Chapter 489 |
| 5 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-488.html | Yamikin Ushijima-kun - Raw Chapter 488 |
| 6 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-487.html | Yamikin Ushijima-kun - Raw Chapter 487 |
| 7 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-486.html | Yamikin Ushijima-kun - Raw Chapter 486 |
| 8 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-485.html | Yamikin Ushijima-kun - Raw Chapter 485 |
| 9 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-484.html | Yamikin Ushijima-kun - Raw Chapter 484 |
| 10 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-483.html | Yamikin Ushijima-kun - Raw Chapter 483 |
| 11 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-482.html | Yamikin Ushijima-kun - Raw Chapter 482 |
| 12 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-481.html | Yamikin Ushijima-kun - Raw Chapter 481 |
| 13 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-480.html | Yamikin Ushijima-kun - Raw Chapter 480 |
| 14 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-479.html | Yamikin Ushijima-kun - Raw Chapter 479 |
| 15 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-478.html | Yamikin Ushijima-kun - Raw Chapter 478 |
| 16 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-477.html | Yamikin Ushijima-kun - Raw Chapter 477 |
| 17 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-476.html | Yamikin Ushijima-kun - Raw Chapter 476 |
| 18 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-475.html | Yamikin Ushijima-kun - Raw Chapter 475 |
| 19 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-474.html | Yamikin Ushijima-kun - Raw Chapter 474 |
| 20 | 闇金ウシジマくん (Yamikin Ushijima-kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://lhscan.net/read-yamikin-ushijima-kun-raw-chapter-473.html | Yamikin Ushijima-kun - Raw Chapter 473 |